

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-14-00331-CV

Liberty Insurance Company § From the 67th District Court

§ of Tarrant County (067-250897-11)

v.

§ December 23, 2014

W. Brice Cottongame as Personal § Opinion by Justice Walker
Representative of the Estate of A.G.,
and as Next Friend of A.G., I.G.,
A.G., I.G., and J.G., Individually,
F.Z., Individually, M.Z., Individually,
and M.Z. and F.Z. as Next Friends,
Natural Parents and Legal
Guardians of V.Z., L.Z., and H.Z.,
Minor Children

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Sue Walker_____
Justice Sue Walker